## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RICARDO ESCOBAR MONTALVAN,

     Petitioner,

v.

WARDEN, Torrance County Detention Facility; MARY DE ANDA-YBARRA, Field Office Director of the El Paso Field Office of U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; TODD BLANCHE, Acting Attorney General of the United States; and MARKWAYNE MULLIN, Secretary of the Department of Homeland Security,

     Respondents.

Case No. 1:26-cv-01289-MIS-KK

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Ricardo Escobar Montalvan and against Respondents Warden of the Torrance County Detention Facility, Mary De Anda-Ybarra, Todd Lyons, Markwayne Mullin, and Todd Blanche.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE